IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:07-CR-0546- GEB |
| Plaintiff, | ) ) | **O R D E R** **APPOINTING COUNSEL** |
| vs. | ) ) | |
| GRADIE COWENS, | ) ) | |
| Defendant. | ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583 – Revocation of Supervised Release

The Federal Defender is hereby appointed effective October 28, 2013. The case is assigned to Assistant Federal Defender, Michael Petrik.

IT IS SO ORDERED.

Dated: October 29, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.criminal\cowen0546.aoc.ord.docx

ORDER APPOINTING COUNSEL          1